**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| DONTAY LAVARICE REESE, | Case No. 0:19-cv-01975-ECT-KMM |
| Plaintiff, | |
| v. | **ORDER ON PLAINTIFF'S MOTION FOR REFERRAL TO PRO SE PROJECT (ECF No. 44)** |
| SHERBURNE COUNTY DETENTION CENTER, et al., | |
| Defendants. | |

---

This matter is before the Court on Dontay Lavarice Reese's Motion for Recommendation to Pro Se Project. ECF No. 44. Mr. Reese asks the Court to refer his case to the Minnesota Chapter of the Federal Bar Association's Pro Se Project because a lawyer will be needed to conduct depositions and because obtaining the service of a lawyer would assist him in fully prosecuting the litigation. *Id.* The Court declines to refer this matter to the Pro Se Project because Mr. Reese has demonstrated an ability to participate in the litigation and effectively communicate with the Court. The motion is denied at this time.

**IT IS SO ORDERED**.

Date: June 11, 2020

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge

1