UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dontay Lavarice Reese,                File No. 19-cv-1975 (ECT/KMM)

    Plaintiff,

v.                                    **ORDER**

Sherburne County Detention Center, et al.,

    Defendants.

---

Magistrate Judge Katherine M. Menendez issued a Report and Recommendation on September 14, 2021. ECF No. 145. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 145] is **ACCEPTED**.

2. The MEnD Defendants' Motion for Summary Judgment [ECF No. 98] is **GRANTED**.

3. The Sherburne County Defendants' Motion for Summary Judgment [ECF No. 107] is **GRANTED**.

4. This action is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 20, 2021        s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court